IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **RENA D. STINSON,** | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:10cv66-MHT |
| | ) | |
| **STATE OF ALABAMA, et al.,** | ) | |
| | ) | |
|    Respondents. | ) | |

OPINION

Pursuant to 28 U.S.C.A. § 2254, petitioner, a state inmate, filed this lawsuit seeking habeas relief. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioner's writ petition be dismissed because petitioner is deceased. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted. See Bruno v. Secretary, Florida Dept. of Corrections, ___ F.3d ___, 2012 WL 5306140 (11th

Cir. 2012) ("The death of the habeas petitioner renders a habeas action moot. ... In light of this, we vacate the judgment and remand the case to the district court with directions to dismiss the case as moot.") (citations omitted).

    An appropriate judgment will be entered.

    DONE, this the 16th day of November, 2012.

                               /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**